

FILED
CLERK, U.S. DISTRICT COURT

SEP 11 2018

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR 10-0989-ODW-6 |
| Plaintiff, | ) |
| | ) ORDER OF DETENTION AFTER |
| v. | ) HEARING (Fed.R.Crim.P. 32.1(a)(6) |
| | ) Allegations of Violations of Probation/ |
| DANIEL SOTO CANDIA | ) Supervised Release Conditions) |
| | ) |
| Defendant. | ) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) ☒ the appearance of defendant as required; and/or

(B) ☒ the safety of any person or the community.

//

//

The court concludes:

A.   ☒   Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_he will follow conditions of_
_release; substance abuse +_
_fleeing Drug treatment._

(B)   ☒   Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_he will comply a/conditions;_
_also, no bail resources,_
_continuing drug use._

    IT IS ORDERED that defendant be detained.

DATED: _9/11/8_

SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE

2